Scottlynn J Hubbard, SBN 212970
Khushpreet R. Mehton, SBN 276827
**DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone:  (530) 895-3252
Facsimile:   (530) 894-8244
Email:  usdceast@hubslaw.com

Attorneys for Plaintiff Dimas O'Campo

Marcus S. Bird, SBN 147463
**HOLLISTER & BRACE**
1126 Santa Barbara Street
Santa Barbara, CA 93101
Telephone: (805) 963-6711
Facsimile: (805) 965-0329
Email: msbird@hbsb.com

Attorneys for Defendant Carwood Skypark, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dimas O'Campo,<br><br>    Plaintiff,<br><br>v.<br><br>Carwood Skypark, LLC,<br><br>    Defendant. | Case No. 2:16-cv-00270-JAM-CMK<br><br>**Joint Stipulation for Dismissal and Order Thereon** |

*O'Campo v. Carwood Skypark, LLC*          Case No. 2:16-cv-00270-JAM-CMK
Joint Stipulation for Dismissal and Order Thereon
Page 1

TO THE COURT AND ALL PARTIES:

    Plaintiff Dimas O'Campo and Defendant Carwood Skypark, LLC, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: August 2, 2016        DISABLED ADVOCACY GROUP, APLC

                                      */s/ Scottlynn J Hubbard*
                                      Scottlynn J Hubbard
                                      Attorneys for Plaintiff Dimas O'Campo

Dated: August 2, 2016        HOLLISTER & BRACE

                                      */s/ Marcus S. Bird*
                                      Marcus S. Bird
                                      Attorneys for Defendant Carwood Skypark, LLC

## **ORDER**

    IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:16-cv-00270-JAM-CMK, is hereby dismissed with prejudice in its entirety.

Dated: 8/2/2016

                                      /s/ John A. Mendez_____
                                      United States District Court Judge

*O'Campo v. Carwood Skypark, LLC*        Case No. 2:16-cv-00270-JAM-CMK
Joint Stipulation for Dismissal and Order Thereon
Page 2